NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Ronald Richards
Law Offices of Ronald Richards & Associates, A.P.C.
P.O. Box 11480
Beverly Hills, CA 90212
(310) 556-1001

ATTORNEYS FOR: Defendants Bret Saxon, Insomnia Media Group, IMG Film, Incorporated and IMG Film 14, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BORAK CAPITAL HOLDING, SAE

Plaintiff(s),

v.

BRET SAXON, INSOMNIA MEDIA GROUP, IMG FILM, INCORPORATED, IMG FILM 14, INC., and DOES 1-50, inclusive.

Defendant(s)

CASE NUMBER: CV11-03876 MMM (AJWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Bret Saxon, Insomnia Media Group, IMG Film, Incorporated and IMG Film 14, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| BORAK CAPTIAL HOLDING, SAE | Plaintiff |
| BRET SAXON, an individual | Defendant |
| INSOMNIA MEDIA GROUP | Defendant |
| IMG FILM, INCORPORATED | Defendant |
| IMG FILM 14, INC. | Defendant |

May 4, 2011
Date

/S/
Sign
Ronald Richards

Attorney of record for or party appearing in pro per

CV-30 (04/10)  NOTICE OF INTERESTED PARTIES  American LegalNet, Inc.
www.FormsWorkflow.com