UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 11-03876-MMM(AJWx) |
| Date | June 2, 2011 |

| | |
|---|---|
| Title | Borak Capital Holding SAE v. Bret Saxon et al |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

On May 5, 2011, the Clerk's Office sent the parties a notice to counsel re copyright, patent, and trademark reporting requirements. As of today's date, the parties have not filed the required AO-120 and/or AO-121 form(s).

The court hereby orders the parties to show cause in writing, on or before **June 13, 2011**, why this case should not be dismissed for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of counsel's response. The parties may file the required forms as a satisfactory response to this order.