MICHAEL M. BARANOV - Bar No. 145137
BARANOV & WITTENBERG, LLP
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067
Tel: (310) 229-3500
e-mail: mbaranov@mbgwlaw.com

Attorneys for Plaintiff, BORAK CAPITAL HOLDING SAE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BORAK CAPITAL HOLDING SAE,<br><br>Plaintiff,<br><br>-vs-<br><br>BRET SAXON, INSOMNIA MEDIA GROUP, IMG FILM, INCORPORATED, IMG FILM 14, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-11-03876 MMM (AJWx)<br><br>**REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs, BORAK CAPITAL HOLDING SAE, hereby requests that this action be dismissed as to all defendants and all causes of action without prejudice.

DATED: June 9, 2011                           BARANOV & WITTENBERG, LLP


                                              By: /S/
                                                  MICHAEL M. BARANOV
                                                  Attorneys for Plaintiff

1